# THE LAW OFFICES OF KEITH Y. BOYD

ATTORNEYS AND COUNSELORS AT LAW

724 S. CENTRAL AVE., SUITE 106
MEDFORD, OR 97501

KEITH Y. BOYD

TELEPHONE: (541) 973-2422
FACSIMILE:  (541) 973-2426

E-MAIL: keith@boydlegal.net

September 19, 2019

**VIA ECF ONLY**

Hon. Thomas M. Renn
United States Bankruptcy Court
405 E. 8th Ave., Ste 2600
Eugene, OR 97401

      Re:    *In re Richard Larry Lacey*
               Case No. 19-61936-tmr7

Dear Judge Renn:

      Pursuant to the Court's Minute Order filed August 1, 2019 [Doc 9], and the Court's repeated requests for an update from counsel, I am writing to advise of the status of the case. Since August 1, 2019, I have called Michael Blaskowsky once and Todd Trierwiler twice to discuss how best to proceed with this case. After calling Mr. Blaskowsky, I received the Renewed Motion to Dismiss from Mr. Trierwiler and discovered through Internet research that Mr. Blaskowsky was no longer with the firm. That is when I began trying to call Mr. Trierwiler. I have not received return telephone calls or communication of any kind from Mr. Trierwiler.

      Most recently, the Court has received a Motion for Relief from the Stay from Louis Kurtz, attorney Randy Rubin. Mr. Rubin has agreed to join as a petitioning creditor as soon as the state court grants his pending Motion for Summary Judgment. The alleged debtor has not contested the Motion for Summary Judgment but Mr. Rubin believes prudence is best to obtain relief from the stay before pressing the state court for an order granting summary judgment and dismissing the Complaint. As soon as that order has been entered, I will file a Motion for Joinder for Mr. Rubin.

      In addition, I am advised that there is another creditor who has agreed to join as a petitioning creditor in this case. I should have the written confirmation today and will immediately file a Motion to Join that creditor. I suggest that this matter be set for one further status conference soon. If no further Motions for Joinder have been filed by then, the Motion to Dismiss should be set for an evidentiary hearing.

                                     Sincerely,

                                       /s/ Keith Y. Boyd

                                     Keith Y. Boyd

KYB:ma
cc:    Todd Trierwiler via ECF