# SUMMARY OF PROCEEDINGS

In re                        Case No.    **19-61936-tmr7**

**Richard Larry Lacey**

                         Judge    **Renn**        Date **10-01-19**
                Court Reporter    **FTR**
                CrtRm Deputy    **JTH/AB**

MATTER BEFORE THE COURT:

**Alleged Debtor's Renewed Motion to Dismiss**

APPEARANCES:

**Keith Boyd, Attorney for Petitioning Creditor Hwa Mei Keller
Michael Blaskowsky, Attorney for Alleged Debtor
Richard Lacey, Alleged Debtor**

SUMMARY OF HEARING:

**Counsel discussed their respective positions on the motion. Mr. Blaskowsky noted there is a pending Motion for Relief From Stay filed by Randy Rubin, a potential petitioning creditor. The response deadline is October 3, 2019. Mr. Boyd gave an update on the pending state court proceedings involving Mr. Rubin.**

DETERMINATION OF THE COURT:

**The court will contact counsel to determine a final hearing date and time. The court will send a separate hearing notice.**