UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 19-61936-tmr7 |
|---|---|
| Richard Larry Lacey, | NOTICE OF MOTION FOR SUMMARY ORDER DENYING DEBTOR'S MOTION |
| Debtor. | TO DISMISS INVOLUNTARY PETITION |

    Petitioning Creditors in the Involuntary Bankruptcy Estate of Richard Larry Lacey filed a Motion for Summary Order Denying Debtor's Motion to Dismiss Involuntary Petition. A copy of the motion is attached.

    If you oppose the proposed course of action or relief sought in this motion, you must file a written objection with the bankruptcy court no later than **14 days** after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the <u>Clerk of Court at 405 E. 8th Ave #2600, Eugene, OR 97401</u> by the deadline specified above or it may not be considered. You must also serve the objection on <u>Keith Y. Boyd, 724 S. Central Ave., Suite 106, Medford, OR 97501; (541) 973-2422</u> within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

    THE LAW OFFICES OF KEITH Y. BOYD

By: /s/ Keith Y. Boyd
    Keith Y. Boyd, OSB #760701
        Of Attorneys for Petitioning Creditors

    On <u>November 8, 2019</u> I served copies of the above notice on: debtor, trustee, U.S. Trustee, and their respective attorneys, and parties requesting notice. A copy of the service list is attached to the original notice filed with the court.

    /s/ Melissa A. Arnold
    Melissa A. Arnold, ACP
    Paralegal

NOTICE OF MOTION FOR SUMMARY ORDER DENYING DEBTOR'S MOTION TO DISMISS INVOLUNTARY PETITION - **Page 1 of 1**

Keith Y. Boyd, OSB #760701
keith@boydlegal.net
The Law Offices of Keith Y. Boyd
724 S. Central Ave., Suite 106
Medford, OR 97501
Telephone: (541) 973-2422
Facsimile: (541) 973-2426
    Of Attorneys for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re:<br><br>Richard Larry Lacey,<br><br>                    Debtor. | Case No. 19-61936-tmr7<br><br>MOTION FOR SUMMARY ORDER DENYING DEBTOR'S MOTION TO DISMISS INVOLUNTARY PETITION |
|---|---|

Under 11 U.S.C. § 303(b)(1), FRBP 9014(c), and FRBP 7056, Petitioning Creditors, by and through their attorneys, The Law Offices of Keith Y. Boyd, move the court for a summary order denying the debtor's Motion to Dismiss this case. This Motion is based on the files and records of this case.

POINTS AND AUTHORITIES

On July 11, 2019, the debtor filed his Motion to Dismiss (Doc. 5) alleging that the Involuntary Petition herein was filed by only one creditor, and that the debtor had more than 12 creditors. Since then, 4 more creditors have joined as petitioning creditors herein. There now being 3 or more petitioning creditors, and under 11 U.S.C. § 303(b)(1) the Motion to Dismiss should be summarily denied. No facts other than the court record need be presented in support of this Motion because the court record shows that the requisite number of petitioning creditors have now joined.

MOTION FOR SUMMARY ORDER DENYING DEBTOR'S MOTION TO DISMISS INVOLUNTARY PETITION - **Page 1 of 2**

WHEREFORE, Petitioning Creditors move for an order denying debtor's Motion to Dismiss.

DATED this 8th day of November, 2019.

                                        THE LAW OFFICES OF KEITH Y. BOYD

                                        By:   /s/ Keith Y. Boyd
                                                   Keith Y. Boyd, OSB #760701
                                                       Of Attorneys for Petitioning Creditors

*In re Richard Larry Lacey*
Case No. 19-61936-tmr7

SERVICE LIST FOR NOTICE OF MOTION FOR SUMMARY ORDER DENYING
DEBTOR'S MOTION TO DISMISS INVOLUNTARY PETITION

via Electronic Service:

KEITH Y BOYD    ecf@boydlegal.net, arnold@boydlegal.net
LOUIS L. KURTZ    tammy@llkpc.com
US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov


via Manual Service:

Richard Larry Lacey
POB 422
Weiser, ID 83672