**SUMMARY OF PROCEEDINGS & MINUTE ORDER**

In re  Case No. 19-61936-tmr7

**Richard Larry Lacey**

Judge  Renn  Date 11-21-19
Court Reporter  FTR
CrtRm Deputy  JTH/AB

MATTER BEFORE THE COURT:

Motion for Joinder by Additional Petitioning Creditor, Suzanne Castro, Representative of Estate of David Saunders; Motion for Joinder by Additional Petitioning Creditor FJZN, LLC; Motion for Joinder by Additional Petitioning Creditor, SSB Investments, LLC; Alleged Debtor's Motion to Dismiss and Alleged Debtor's Renewed Motion to Dismiss

APPEARANCES:

Keith Boyd, Attorney for Petitioning Creditor Hwa Mei Keller
Richard Lacey, Alleged Debtor

SUMMARY OF HEARING:

Mr. Boyd discussed his respective position on pending motions. He withdrew on the record the recently filed Motion for Summary Order Denying Debtor's Motion to Dismiss Involuntary Petition on the record.

Mr. Lacey indicated he has not been able to retain new counsel. He requested time to obtain new counsel and file an answer to the involuntary petition.

DETERMINATION OF THE COURT:

Where the additional creditors have indicated their intent to join the case as petitioning creditors, they are considered part of the involuntary petition. The court's approval is not required.

The Motion For Summary Order Denying Debtor's Motion to Dismiss Involuntary Petition is deemed withdrawn.

For the reasons outlined at the hearing, the Alleged Debtor's Motion to Dismiss and Renewed Motion to Dismiss are denied without prejudice to Mr. Lacey's ability to assert new defenses in an answer.

Mr. Lacey has until December 12, 2019, to file an answer to the involuntary petition. Mr. Boyd will provide Mr. Lacey with any information and supporting documentation he has regarding the petitioning creditors.

The court will set a final hearing on January 15, 2020, at 10:00 a.m. in Courtroom #5 in Eugene. The court will not send separate notice.

It is So Ordered:

*[signature]*

U.S. Bankruptcy Judge