ORD (12/1/19) mer

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 16, 2019

Clerk, U.S. Bankruptcy Court

BY **mer** DEPUTY

In re
**Richard Larry Lacey**

*Other names used by debtor:* Larry Lacey

Debtor(s)

Case No. **19–61936–tmr7**

ORDER RETURNING DOCUMENT(S)

**IT IS ORDERED** that:

1. The **Debtor's Reply to #42 Minute Order** submitted to the court on **12/11/19** by **Debtor Richard Larry Lacey** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **One or more of the signatures is missing or signed in the wrong location. (Federal Rules of Bankruptcy Procedure 1008 and/or 9011)**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court